**Order entered July 11, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00442-CV**

**IN RE STEVEN D. CATHCART, Relator**

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 98750-422**

## ORDER

Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's [1]petition for writ of mandamus.

/s/      DAVID J. SCHENCK
JUSTICE